# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| **IAN, EVAN & ALEXANDER CORP.,** | * |
| | * |
| **Protestor,** | * |
| | * |
| v. | * |
| | * |
| **UNITED STATES,** | *  No. 18-257C |
| | *  Filed: February 26, 2018 |
| **Defendant,** | * |
| | * |
| v. | * |
| | * |
| | * |
| **XCELERATE SOLUTIONS,** | * |
| | * |
| **Defendant-Intervenor.** | * |
| * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

The court is in receipt of plaintiff's February 26, 2018 notice of voluntary dismissal pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims. Plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**